IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:   March 14, 2008

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer: Gary Phillips

**Criminal Case No.   04-cr-00354-REB**

UNITED STATES OF AMERICA,                           Ken Harmon

v.

MICHAEL JAY SHIDLER,                                Matthew Golla
       Defendant.

_____

**COURTROOM MINUTES - SUPERVISED RELEASE VIOLATION**

**4:00 p.m.     Court in session.**

The Defendant is present in court (on bond).

Appearances of counsel.

Opening statements by the court.

The Defendant admits to violations one through six of the petition.

Statements to the court by Mr. Golla, for the Defendant.

Statements to the court by Mr. Harmon, for the Government.

**It was ORDERED as follows:**

1. That this dispositional hearing is continued until **Friday, July 11, 2008, at 10:00 a.m.,** at which time the court shall either conduct a dispositional hearing based on the admissions of the defendant, or entertain the motion of Mr. Phillips to withdraw the existing petition.

1

**4:17 p.m.     Court in recess**

*Total in court time:   00:17 minutes - hearing continued*