**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00354-REB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1.  MICHAEL JAY SHIDLER,

    Defendant.

## MINUTE ORDER[1]

The government shall file a response to defendant's **Motion For Return of Property Pursuant To Rule 41(e)** [#160] filed August 5, 2009, by **August 25, 2009**.

Dated: August 12, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.